# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DIANE PASWATERS and GREGORY PASWATERS,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50,<br><br>Defendants. | Case No. 2:18-cv-09389 GJS<br><br>Hon. Gail J. Standish<br><br>**[PROPOSED] ORDER CONTINUING DEADLINES FOR INITIAL AND REBUTTAL EXPERT DISCLOSURES**<br><br>[Stipulation filed Concurrently] |

Good cause appearing therefor, the Court orders as follows:

1. The deadline for initial expert disclosure is continued to July 29, 2019.

2. The deadline for rebuttal expert disclosure is continued to August 15, 2019.

IT IS SO ORDERED.

Dated: July 11, 2019

Gail J. Standish
United States Magistrate Judge