# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DIANE PASWATERS and GREGORY PASWATERS,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50,<br><br>Defendants. | Case No. 2:18-cv-09389 GJS<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF DISMISSAL**<br><br>[Filed concurrently with Stipulation of Dismissal] |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: November 7, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE